United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHANIE CAROLINA KENNY-VELAZQUEZ, <br><br> Petitioner, <br><br> VS. <br><br> PAMELA BONDI, *et al.*, <br><br> Respondents. | § § § § § § § § § § § § CIVIL ACTION NO. 4:25-CV-6060 |

# ORDER

Before the Court is Stephanie Carolina Kenny-Velazquez's Verified Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, Motion for Summary Judgment (ECF No. 10). After considering the briefing and the applicable law, the Court **GRANTS IN PART** Petitioner's Verified Petition for Writ of Habeas Corpus (ECF No. 1). For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions. The Court therefore **DENIES** Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, Motion for Summary Judgment (ECF No. 10).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) by December 31, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing by January 2, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd day of December 1, 2025.

_____
Keith P. Ellison
United States District Judge