United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STEPHANIE CAROLINA KENNY-VELASQUEZ,** § § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-06060 |
| **PAMELA BONDI,** *et al.,* § § § | |
| Respondents. § | |

# ORDER

On December 23, 2025, the Court issued an order requiring Respondents to provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) by December 31, 2025, or else release Petitioner. ECF No. 12. The Court also ordered that Respondents update the Court regarding the status of the bond hearing by January 2, 2026. *Id.* The Court has not yet received an update on the status of the bond hearing. Accordingly, the Court orders Respondents to provide said update by January 22, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of January, 2026.

Keith P. Ellison
United States District Judge

1 / 1